This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                          **No. A-1-CA-36380**

**NICHOLE M.,**

Child-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY**
**Fred T. Van Soelen, District Judge**

Hector H. Balderas, Attorney General
Maha Khoury, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
David Henderson, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1}     Child appeals from the district court's consent decree entered following her conditional plea of no contest to one count of aggravated assault with a deadly weapon. This Court issued a notice of proposed disposition, proposing to reverse. In response, the State filed a notice of its intent not to file a memorandum in opposition to our notice of proposed disposition. Accordingly, we rely on the reasoning contained in our notice of proposed disposition and reverse.

{2}     **IT IS SO ORDERED.**


_____
                              **JONATHAN B. SUTIN, Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Chief Judge**


_____
**TIMOTHY L. GARCIA, Judge**